## ANONYMOUS.

*An affidavit made before a justice of the peace cannot be read in this court in support of a motion to make a submission to arbitration a rule of court.*

Scudder moved to make a submission to arbitration a rule of this court and produced an affidavit of one of the subscribing witnesses made before a justice of the peace.

BY THE COURT.—An affidavit taken before a justice of the peace cannot on the present application be received. Affidavits to be read, unless otherwise ordered by some act of the legislatue or rule of this court, should be taken before one of the justices of this court or a commissioner for taking bail and affidavits.